UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW HARR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-345-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 5, 2022, and Copies To:**
Scott A. Scurfield                                              (via CM/ECF electronic notification)
Mark J. Goldenberg                                         (via CM/ECF electronic notification)

DATE:                                                 PETER A. MOORE, JR., CLERK
April 5, 2022                                     (By) /s/ Nicole Sellers
                                                             Deputy Clerk