UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATTHEW HARR,	)
	)
        Plaintiff,	)
	)	**JUDGMENT IN A CIVIL CASE**
   v.	)
	)	**CASE NO. 5:21-CV-345-D**
KILOLO KIJAKAZI, Acting Commissioner of	)
Social Security,	)
        Defendant.	)

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $418.26 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Scott Scurfield, and mailed to his office Riddle & Brantley, LLP, at 4600 Marriott Drive, Ste 500, Raleigh, NC 27612, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on May 23, 2022, and Copies To:**

| | |
|---|---|
| Scott A. Scurfield | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:	PETER A. MOORE, JR., CLERK
May 23, 2022	(By) /s/ Nicole Sellers
	Deputy Clerk